01-00156
USDC-RIPR
J. Lagueux

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 03-2281

GAIL M. NORTON,

Plaintiff, Appellant,

v.

DAVID J. MCOSKER,
Executor of the Estate of Russell J. Hoyt,

Defendant, Appellee.

**JUDGMENT**

Entered: May 19, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed.

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/10/05

[cc: Mr. Fishbein, Ms. Kelly and Mr. Garvey.]